ACCEPTED
12-14-00365-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
3/24/2015 5:23:27 PM
CATHY LUSK
CLERK

## NO.   12-14-00365-CV

| | | |
|---|---|---|
| **EDOM CORNER, LLC and** | § | **IN THE COURT** |
| **EARL A. BERRY, JR.** | § | |
| | § | |
| **VS.** | § | **OF APPEALS** |
| | § | |
| **IT'S THE BERRYS, LLC d/b/a** | | **TWELFTH APPELLATE** |
| **MARY ELLEN'S** | § | **DISTRICT** |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
3/24/2015 5:23:27 PM
CATHY S. LUSK
Clerk

## CERTIFICATE OF CONFERENCE

This is to certify that on March 24, 2015, the undersigned spoke with Larry M. Lesh, Esq. and Paul Elliot, Esq., counsel for Appellee It's the Berry's, LLC d/b/a Mary Ellen's, via telephone regarding the Motion to Extend Time to File Appellants' Brief (the "Motion") filed in this Court on March 23, 2015.   Mr. Lesh and Mr. Elliot both indicated that they did not oppose the Motion.

RENSHAW, DAVIS & FERGUSON, LLP

By:      /s/ Katherine A. Ferguson
          Katherine A. Ferguson
          (SBN 06918050)
2900 Lee Street, Suite 102
P.O. Box 21
Greenville, Texas 75403-0021
Tel:   (903) 454-6050
Fax:   (903) 454-4898
Email:  rdflawoffice@yahoo.com
Lead Counsel for Appellants

## CERTIFICATE OF SERVICE

This is to certify that on March 24, 2015, a true and correct copy of the above and foregoing document was served on the following by facsimile:

Larry M. Lesh, Esq.
1 Forest Park Drive
Richardson, Texas 75080
FAX:   (972) 699-1456

R. Paul Elliot, Esq.
301 S. Main St.
Canton, Texas 75103
FAX:   (903) 567-6228

/s/ Katherine A. Ferguson
Katherine A. Ferguson